IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVE BOSTON                                                                                              PLAINTIFF

v.                                          Case No. 6:19-cv-6029

PHANTOM EXECUTIVE PROTECTION, INC.;
JOSEPH BERNARD MAJOR;
SHERIFF MIKE MCCORMICK, in his official
capacity; CORPORAL TERRY THREADGILL,
in his individual and official capacity; DEPUTY
JON F. LANE, SR., in his individual and official
Capacity; CORPORAL JEREMY J. SIMPSON,
in his individual and official capacity                                                            DEFENDANTS

## ORDER

Before the Court is Plaintiff Steve Boston's Motion to Dismiss Separate Defendants Joseph Bernard Major and Phantom Executive Protection, Inc. (ECF No. 18). The Court finds that no response is necessary and that the matter is ripe for consideration.

Plaintiff states that he has failed to timely serve Separate Defendants Major and Phantom within the time required by the Federal Rules of Civil Procedure. Therefore, Plaintiff concedes that dismissal of those defendants without prejudice is appropriate and asks the Court to so rule.

Upon consideration, the Court finds that good cause for the motion has been shown. Plaintiff has failed to demonstrate completed service on Separate Defendants Major and Phantom and the ninety-day period for him to do so has passed. *See* Fed. R. Civ. P. 4(m). Accordingly, Plaintiff's motion (ECF No. 18) is hereby **GRANTED**. Plaintiff's claims against Separate Defendants Joseph Bernard Major and Phantom Executive Protection, Inc. are **DISMISSED WITHOUT PREJUDICE**

**IT IS SO ORDERED**, this 10th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge